No. 02–7005. BEASLEY v. KEMNA, SUPERINTENDENT, CROSS-ROADS CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 02–7009. LEEPER v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 02–7056. RODRIGUEZ v. PORTUONDO, SUPERINTENDENT, SHAWANGUNK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 02–7072. ANGELINI v. WALLS, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 02–7099. OGUNDE v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 02–7131. CAMPBELL v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 02–7147. AMBORT v. UNITED STATES; and
No. 02–7174. BENSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Reported below: 43 Fed. Appx. 263.

No. 02–7184. BIGGINS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–7189. WEBBER v. FEDERAL BUREAU OF PRISONS ET AL. C. A. D. C. Cir. Certiorari denied.

No. 02–7212. NEWSOM v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–7217. JENNETTE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–7234. ARANA v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–7242. MARTIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–7244. HARVEY, AKA BROWN, AKA PATRICK v. UNITED STATES. C. A. 2d Cir. Certiorari denied.